Marian F. Harrison
US Bankruptcy Judge

Dated: 12/09/08

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BOBBY JOE HARGROVE, | ) | CASE NO. 108-05495 |
| AND JULIE SWINNEY HARGROVE, | ) | |
| | ) | CHAPTER 13 |
| Debtors. | ) | |
| | ) | JUDGE MARIAN F. HARRISON |
| | ) | |

_____

## ORDER
_____

In accordance with the Memorandum Opinion entered contemporaneously with this Order, General Motors Acceptance Corporation's objection to confirmation is **SUSTAINED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that the debtors shall have 15 days in which to amend their Chapter 13 plan to be consistent with this Order and the accompanying Memorandum Opinion.

**IT IS SO ORDERED.**

**This Order was signed and entered electronically as indicated at the top of the page.**

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.